UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
In re:

**EUGENE JOHN DEMARCO,**

Alleged Debtor.

-----------------------------------------------------------------X

Chapter 7

Case No. 22-72630 (AST)

## STIPULATION AND ORDER FOR ENTRY OF CHAPTER 7 ORDER FOR RELIEF AND GRANTING RELATED RELIEF

This Stipulation and Order (the "Stipulation") is entered into by and between (i) Anthony Pullan and Christoffel Johannes Viljoen, in their capacity as Foreign Representatives and Official and Deputy Assignees in Bankruptcy of the Property of Eugene John DeMarco (together, the "Foreign Representative") and (ii) alleged debtor Eugene John DeMarco (the "Debtor," and together with the Foreign Representative, the "Parties").

## RECITALS

**WHEREAS,** on September 29, 2022, the Foreign Representative commenced a chapter 7 involuntary case against the Debtor by the filing of a chapter 7 involuntary petition [Dkt. No. 1] (the "Involuntary Petition"); and

**WHEREAS,** on September 29, 2022 the Foreign Representative filed a motion to appoint an interim trustee [Dkt. No. 2] (the "Trustee Motion"); and

**WHEREAS,** on September 30, 2022, an Involuntary Summons was issued [Dkt. No. 3] (the "Summons"); and

**WHEREAS,** the Involuntary Petition, the Summons, and the Trustee Motion were each served by the Foreign Representative on the Debtor, as evidenced by affidavits of service filed by the Foreign Representative [Dkt. Nos. 5-9]; and

**WHEREAS**, a hearing was held by the Court on the Trustee Motion on October 6, 2022 (the "October 6 Hearing"); and

**WHEREAS**, at the October 6 Hearing, the Court granted, on the record, the Foreign Representative injunctive relief against the Debtor (the "Injunctive Relief"); and

**WHEREAS**, thereafter, on October 12, 2022, the Court entered a Temporary Restraining Order [Dkt. No. 10] (the "TRO"), confirming the Injunctive Relief; and

**WHEREAS**, a further hearing was held by the Court on the Trustee Motion and the TRO on October 18, 2022 (the "October 18 Hearing"); and

**WHEREAS**, at the October 18 Hearing, on the record and on consent of the Debtor and his counsel, the Court converted the TRO into a preliminary injunction (the "Preliminary Injunction"), extending the Injunctive Relief through and until November 11, 2022, subject to further extension; and

**WHEREAS**, on October 21, 2022, the Court entered a Contested Matter Scheduling Order (the "Scheduling Order"), scheduling an evidentiary hearing for November 9, 2022 for consideration of (i) the entry of a chapter 7 Order for Relief (the "Order for Relief"), (ii) the Trustee Motion, and (iii) the continuation of the Injunctive Relief contained in the TRO and/or Preliminary Injunction; and

**WHEREAS**, the Debtor has appeared in this case by counsel; and

**WHEREAS**, the Debtor acknowledges proper service of the Involuntary Petition, Summons, and the Trustee Motion and that the Debtor has no jurisdictional defenses to the entry of a chapter 7 Order for Relief; and

**WHEREAS**, the Debtor acknowledges that the Foreign Representative has the authority and standing to file the Involuntary Petition and that the Foreign Representative is entitled to the entry of a chapter 7 Order for Relief; and

**WHEREAS**, the Debtor acknowledges that the Injunctive Relief, TRO, and the Preliminary Injunction were each properly entered by the Court; and

**WHEREAS**, the Parties have engaged in settlement discussions regarding the relief sought by the Foreign Representative;

**NOW, THEREFORE**, in consideration of the mutual covenants and agreements set forth in this Stipulation and with the intent to be legally bound, the Parties hereby stipulate and agree as follows:

1. The Debtor consents to the immediate entry of a chapter 7 Order for Relief.

2. The Debtor consents to the immediate appointment of a chapter 7 trustee (the "Trustee") in the Debtor's chapter 7 bankruptcy case.

3. The Debtor consents to the extension of the Injunctive Relief, TRO, and/or Preliminary Injunction until such time as the Trustee is duly appointed and takes possession of the property of the Debtor's bankruptcy estate.

4. The Debtor shall remain subject to the Injunctive Relief, TRO, and the Preliminary Injunction and shall take no action, before or after the appointment of the Trustee, to convey, encumber, transfer, or otherwise dispose of any assets of the Debtor's bankruptcy estate, including, but not limited to, the real property located at 117 Burr Road, East Northport, New York.

5. This Stipulation may be executed in multiple counterparts and by original, electronic mail in Portable Document Format (PDF) or facsimile signatures, each of which shall

be deemed an original, but all of which taken together shall constitute one and the same executed original.

6. The Parties have participated in and jointly consented to the drafting of this Stipulation, and this Stipulation shall not be construed for or against either of the Parties on account of such drafting.

7. This Stipulation may not be amended or modified except by further written agreement executed by the Parties.

8. This Stipulation and all of its terms shall be binding and inure to the benefit of the Parties and each of their respective successors and assigns.

9. Except as otherwise expressly stated herein, this Stipulation constitutes the entire agreement of the Parties concerning the subject matter hereof, and supersedes any and all prior or contemporaneous agreements among the Parties concerning such subject matter. The Parties acknowledge that this Stipulation is not being executed in reliance on any oral or written agreement, promise or representation not contained herein.

*[This space intentionally left blank]*

10. The Bankruptcy Court shall retain jurisdiction to resolve any disputes between the Parties with respect to this Stipulation.

| | |
|---|---|
| Dated: Garden City, New York<br>November 1, 2022 | Dated: Garden City, New York<br>November 1, 2022 |

LESTER KORINMAN KAMRAN
& MASINI, P.C.

By: /s/ *illegible signature*
    Peter K. Kamran, Esq.
600 Old Country Road, Suite 330
Garden City, New York 11530
Telephone: (516) 357-9191
*Counsel to the Debtor*

DEBTOR

By: *signature*
    Eugene John DeMarco

SO ORDERED:

MEYER, SUOZZI, ENGLISH &
KLEIN, P.C.

By: *s/ Edward J. LoBello*
    Edward J. LoBello, Esq.
    Howard B. Kleinberg, Esq.
    Jordan D. Weiss, Esq.
990 Stewart Avenue, Suite 300
Garden City, New York 11530
Telephone: (516) 741-6565
*Counsel to the Foreign Representative*